# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUSTIN LEE BLINN,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 71342

FILED

OCT 2 0 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

          _____, J.
          Cherry

_____, J.    _____, J.
Douglas          Gibbons

cc: Hon. Michael Villani, District Judge
   Austin Lee Blinn
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

16-32870